ARMAND WEILL, Respondent, v. NICHOLAS H. JACOVATOS, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELSIE H. DULA, Appellant, v. ROBERT B. DULA, JR., and Another, Respondents. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of W. ALBERT PEASE, JR., Respondent, to Confirm Award in Arbitration against LADD & NICHOLS, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., v. ERNEST T. GREINER.— Motion granted, and upon reargument the order appealed from is modified by providing that the denial of the motion to punish for contempt is without prejudice to a new motion at Special Term for a further direction specifying further particular items required to be deposited under the interlocutory judgment, and that as so modified the order appealed from be affirmed, without costs. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. (See 211 App. Div. 855.)

ALEXANDER LESSIN, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied; motion for reargument granted, and on reargument orders appealed from reversed, without costs, and motions for examination before trial and for inspection and survey denied, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. (See 212 App. Div. 805.)

MORRIS W. LEVINE, Respondent, v. MAX LIEBESKIND, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE S. ROBERTS, Respondent, v. ESTHER LUSTIG, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GROSVENOR NICHOLAS, Appellant, v. FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., Respondent.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY WOODHOUSE, Respondent, v. NEW YORK EVENING POST, INC., and Others, Appellants.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS MEYER and Another, Plaintiffs, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc., Defendant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK LEONE, an Infant, etc., Respondent, v. JAMES RENZ and Others, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ..

EMMA LEONE, Respondent, v. JAMES RENZ and Others, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HOCHMUTH & GERSTMANN, Respondent, v. BERNHARD STEINER, Appellant.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.